# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADRIAN ANTHONY ALLEYNE,** | : | **CIVIL ACTION** |
| Petitioner | : | |
| | : | |
| v. | : | NO. 08-2838 |
| | : | |
| **GERALD L. ROZUM, et al.,** | : | |
| Respondents | : | |

## O R D E R

**STENGEL, J.**

**AND NOW**, this 5th day of August, 2009, upon careful consideration of the Report and Recommendation of United States Magistrate Judge M. Faith Angell, and the Objections filed by the petitioner, and upon independent review of the petition of a writ of *habeas corpus* and the response thereto, it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Objections to the Report and Recommendation are **OVERRULED**;

3. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.